UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY ROSS DEEGAN, III, | No. 2:19-cv-2219 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

By order filed May 11, 2021, the complaint was screened and found to not state a claim for relief. ECF No. 8. Plaintiff was given thirty days to file an amended complaint and cautioned that failure to do so would result in a recommendation that this action be dismissed. Id. at 7. Thirty days have now passed, and plaintiff has not filed an amended complaint or otherwise responded to the court's order. Plaintiff will be given one final opportunity to file an amended complaint.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall file an amended complaint within twenty-one days of the service of this order. Failure to do so will result in a recommendation, without further warning, that this action be dismissed.

DATED: June 28, 2021

_allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE