UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY ROSS DEEGAN, III,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendants. | No. 2:19-cv-02219-TLN-AC<br><br><br><br>**ORDER** |

Plaintiff Sidney Ross Deegan, III ("Plaintiff"), a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 9, 2021, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 10.) Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed August 9, 2021 (ECF No. 10), are ADOPTED IN FULL; and

1     2.  The Complaint is DISMISSED for failure to state a claim for the reasons set forth in
2 the May 11, 2021 Screening Order (ECF No. 8).  *See* E.D. Cal. L.R. 110; Fed. R. Civ. P. 41(b);
3 28 U.S.C. § 1915A.
4     The Clerk of the Court is directed to close this case.
5     IT IS SO ORDERED.
6 Dated:  September 10, 2021

                    Troy L. Nunley
                    United States District Judge